476 A.2d 56

Blevins, Appellant, v. Kearney.

Argued January 18, 1984. E. Maschmeyer, for appellant; Robert T. Cohen, for Kearney, appellee; Jodi C. Greenspan, for Auto, appellee. Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment affirmed.

476 A.2d 56

Calandra v. Calandra, Appellant.

Argued February 29, 1984. Andrew J. Gleason, for appellant; Lawrence L. Davis, for appellee. Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.